**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| BOBBIE JO BUCHHOLZ, GUARDIAN AD LITEM FOR BRADLEY TAYLOR RICHARDS, AN INCAPACITATED PERSON | : | No. 222 WAL 2019 |
| | : : : | |
| | : : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : : : | |
| CHARITY IMMEL, | : : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.